# UNITED STATES DISTRICT COURT

District of __New Jersey__

Peter D. Baron, Esq.
Baron & Pagliughi, PLLC
Attorneys for Plaintiff
85 Main Street, Suite A
Cold Spring Harbor, New York 11724
(631) 367-7000

------------------------------------------------------------- x

| | |
|---|---|
| THELMA B. AXELRAD and SHELDON AXELRAD, | **ORDER** |
| Plaintiffs | Civil Case Number: |
| vs. | 2:11-cv-04699-SDW-MCA |
| VITAS INNOVATIVE HOSPICE CARE, BAYADA NURSES, INC. and OLIVIA CARDENAS, | Hon. Susan D. Wigenton |
| Defendants | |

-------------------------------------------------------------x

This matter having been brought before the Court by BARON & PAGLIUGHI, PLLC, counsel for the plaintiffs, for an Order discontinuing the above referenced action on the basis of lack of subject matter jurisdiction, and the court having considered the matter,

**IT IS** on this _____day of March, 2012

**ORDERED** that the above-captioned action is dismissed, without prejudice, against the defendants, VITAS INNOVATIVE HOSPICE CARE, BAYADA NURSES, INC. and OLIVIA CARDENAS pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

The Clerk is directed to terminate this action.

_____
Hon. Susan D. Wigenton

cc.   Hon. Madeline C. Arleo